**PHILLIPS DAYES**
LAW FIRM
*A Professional Corporation*
3101 North Central Avenue, Suite 1100
Phoenix, Arizona 85012
TREY DAYES, No. 020805
SEAN C. DAVIS, No. 030754
seand@phillipsdayeslaw.com
Direct: (602) 288-1610 ext. 432
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZIONA

| | |
|---|---|
| Rich Perrone,<br><br>               Plaintiff,<br><br>     vs.<br><br>All Star Recovery, LLC, an Arizona limited liability corporation; Catherine Walker, an Arizona resident,<br><br>               Defendant | Case No. 2:18-cv-02188-GMS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION** |

Pursuant to FRCP 41(a)(1)(A), Plaintiff gives notice of his dismissal of this action.

Dated:  August 13, 2018            Respectfully submitted,

**PHILLIPS DAYES LAW FIRM PC**

By  /s/Trey Dayes
    Trey Dayes
    Sean C. Davis
    Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2018, I electronically transmitted the attached document to the clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to each of the following registrants:

None

By: /s/Sean C. Davis